JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTHONY BARKER, | ) | CASE NO. CV 17-7051-SVW (PJW) |
| Plaintiff, | ) | |
| | ) | J U D G M E N T |
| v. | ) | |
| B. HALL, et al., | ) | |
| Defendants. | ) | |

Pursuant to the Order Granting Joint Stipulation For Voluntary Dismissal With Prejudice,

IT IS ADJUDGED that the First Amended Complaint and entire action is dismissed with prejudice.

DATED: April 18, 2019.

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

C:\Users\paulcruz\AppData\Local\Temp\notes95E17C\Judgment.wpd